Decided March 17, 1999

JAMES FIOLEK *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 51 Conn. App. 486 (AC 17771), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Zbigniew S. Rozbicki*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided March 17, 1999